```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 25491
    RAYMOND O WATKINS
    DENISE WATKINS                            CHAPTER 13

                                              JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-4836    SSN XXX-XX-3628


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/28/2005 and was confirmed 08/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.90% from remaining funds.

     The case was converted to chapter 7 after confirmation 06/23/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
SAXON MORTGAGE            MORTGAGE ARRE     45.49         .00          45.49
SAXON MORTGAGE            CURRENT MORTG       .00         .00            .00
CLERK OF THE CIRCUIT CT   NOTICE ONLY    NOT FILED        .00            .00
PIERCE & ASSOC            NOTICE ONLY    NOT FILED        .00            .00
CAVALRY PORTFOLIO SERVIC  UNSECURED         552.83        .00          63.08
CORPORATE AMERICA CREDIT  UNSECURED        1304.14        .00         162.51
CORPORATE AMERICA CREDIT  UNSECURED        1294.57        .00         161.33
CREDIT MANAGEMENT INC     UNSECURED     NOT FILED         .00            .00
DEPENDON COLLECTION  SE   UNSECURED     NOT FILED         .00            .00
DEPENDON COLLECTION  SE   UNSECURED     NOT FILED         .00            .00
DEPENDON COLLECTION  SE   UNSECURED     NOT FILED         .00            .00
DEPENDON COLLECTION  SE   UNSECURED     NOT FILED         .00            .00
DEPENDON COLLECTION  SE   UNSECURED     NOT FILED         .00            .00
DEPENDON COLLECTION  SE   UNSECURED     NOT FILED         .00            .00
DEPENDON COLLECTION  SE   UNSECURED     NOT FILED         .00            .00
DEPENDON COLLECTION  SE   UNSECURED     NOT FILED         .00            .00
ECMC                      UNSECURED       20131.41        .00        2602.13
NSBC NV                   UNSECURED     NOT FILED         .00            .00
MERCURY FINANCE           UNSECURED       12800.51        .00        1415.92
CHICAGO PUBLIC SCHOOLS    NOTICE ONLY   NOT FILED         .00            .00
CHICAGO PUBLIC SCHOOLS    NOTICE ONLY   NOT FILED         .00            .00
CLERK OF THE CIRCUIT CT   NOTICE ONLY   NOT FILED         .00            .00
KEITH S SHINDLER          NOTICE ONLY   NOT FILED         .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED     NOT FILED         .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED     NOT FILED         .00            .00
RENAISSANCE RECOVERY SYS  UNSECURED     NOT FILED         .00            .00
RMI/MCSI                  UNSECURED        4500.00        .00         581.67
RMI/MCSI                  UNSECURED     NOT FILED         .00            .00
RMI/MCSI                  UNSECURED     NOT FILED         .00            .00
RMI/MCSI                  UNSECURED     NOT FILED         .00            .00
RMI/MCSI                  UNSECURED     NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 25491 RAYMOND O WATKINS & DENISE WATKINS
```

```
RMI/MCSI                      UNSECURED       NOT FILED              .00           .00
RMI/MCSI                      UNSECURED       NOT FILED              .00           .00
RMI/MCSI                      UNSECURED       NOT FILED              .00           .00
RMI/MCSI                      UNSECURED       NOT FILED              .00           .00
RMI/MCSI                      UNSECURED       NOT FILED              .00           .00
RMI/MCSI                      UNSECURED       NOT FILED              .00           .00
RMI/MCSI                      UNSECURED       NOT FILED              .00           .00
SOUTH DIVISION C U            UNSECURED       NOT FILED              .00           .00
UNIVERSITY OF PHOENIX         UNSECURED       NOT FILED              .00           .00
COOK COUNTY TREASURER         SECURED            144.18           153.40        144.18
UNITED STUDENT AID FUNDS      UNSECURED         5280.85              .00        682.59
UNITED STUDENT AID FUNDS      UNSECURED         2625.00              .00        320.28
UNITED STUDENT AID FUNDS      UNSECURED         4250.00              .00        549.35
UNITED STUDENT AID FUNDS      UNSECURED         4200.05              .00        542.88
CAVALRY PORTFOLIO SERVIC      UNSECURED        12470.53              .00       1611.90
WELLS FARGO EDUCATION         UNSECURED         2623.08              .00        417.07
DIRECT LOANS BANKRUPTCY       UNSECURED        13934.94              .00       1801.18
CPS                           FILED LATE       11090.93              .00           .00
BUCRO                         DEBTOR ATTY      1,974.00                       1,974.00
TOM VAUGHN                    TRUSTEE                                           816.96
DEBTOR REFUND                 REFUND                                            968.58

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                      15,014.50

PRIORITY                                                 .00
SECURED                                               189.67
    INTEREST                                          153.40
UNSECURED                                          10,911.89
ADMINISTRATIVE                                      1,974.00
TRUSTEE COMPENSATION                                  816.96
DEBTOR REFUND                                         968.58
                            ---------------      ---------------
TOTALS                       15,014.50             15,014.50
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 10/22/08              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 05 B 25491 RAYMOND O WATKINS & DENISE WATKINS